IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,791






EX PARTE JOHN VICTOR OBREGON, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 1020707 IN THE 263
RD DISTRICT COURT


FROM HARRIS COUNTY






 Per curiam.


O P I N I O N



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault
and sentenced to forty years' imprisonment. The Fourteenth Court of Appeals affirmed his
conviction. Obregon v. State, No. 14-06-00297-CR (Tex. App.-Houston [14th Dist], delivered Nov.
16, 2006, no pet.). 

 Applicant contends, among other things, that his appellate counsel rendered ineffective
assistance because counsel failed to timely notify Applicant that his conviction had been affirmed
and failed to advise him of his right to petition for discretionary review pro se.

 The trial court entered findings of fact and conclusions of law and recommended that relief
be granted. Ex parte Wilson, 956 S.W.2d 25 (Tex. Crim. App. 1997); Ex parte Owens, 206 S.W.3d
670 (Tex. Crim. App. 2006). We find, therefore, that Applicant is entitled to the opportunity to file
an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals
in Cause No. 14-06-00297-CR that affirmed his conviction in Case No. 1020707 from the 263rd 
District Court of Harris County. Applicant shall file his petition for discretionary review with the
Fourteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

 Applicant's remaining claims are dismissed. Ex parte Torres, 943 S.W.2d 469 (Tex. Crim.
App. 1997).


Delivered: November 14, 2007

Do not publish